(110 So. 923)

McLEOD LUMBER CO. v. T. L. NEIGH-BORS. (5 Div. 621.) (Court of Appeals of Alabama. Nov. 23, 1926.) Appeal from Circuit Court, Coosa County; E. S. Lyman, Judge.

BRICKEN, P. J. Appeal dismissed.

---

(107 So. 926)

Jeff McMILLAN v. STATE. (1 Div. 650.) (Court of Appeals of Alabama. April 3, 1926.) Appeal from Circuit Court, Mobile County; J. W. Goldsby, Judge. Burglary.

SAMFORD, J. Affirmed.

---

(105 So. 925)

Homer McWHORTER v. STATE. (8 Div. 316.) (Court of Appeals of Alabama. June 30, 1925.) Appeal from Lawrence County Court; W. R. Jackson, Judge. Homer McWhorter was convicted of trespass, and he appeals. Reversed and remanded. G. O. Chenault, of Albany, for appellant. Harwell G. Davis, Atty. Gen., for the State.

Briefs of counsel did not reach the Reporter.

RICE, J. The defendant was convicted of the offense of trespass by cutting timber on the lands of another with intent, etc., under section 7828 of the Code of 1907, and appeals. There was no merit in defendant's objection to going to trial. Local Acts Ala. 1919, p. 86 et seq. The statute under which defendant was convicted reads in part as follows: "Any person who *knowingly* enters upon the land of another and cuts down any wood or timber growing thereon, with intent to remove and appropriate the same to his own use, shall, on conviction, be fined," etc. The court has read the testimony in this case en banc, and is of the opinion that there is an entire absence of evidence showing or tending to show that the essential elements of the offense charged were present. If it be said that there is legal evidence tending to show that defendant did cut some trees on the lands of the prosecutor, yet we think, and hold, that there was none showing that he did so knowingly or with a criminal intent. The general affirmative charge, duly requested, should have been given in defendant's favor, and for its refusal the judgment will be reversed and the cause remanded. Reversed and remanded.

---

(110 So. 923)

Monroe F. MALONE v. CITY of TUSCA-LOOSA. (6 Div. 142.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

BRICKEN, P. J. Affirmed.

---

(106 So. 921)

Bill MALONE v. STATE. (1 Div. 637.) (Court of Appeals of Alabama. Nov. 24, 1925. Rehearing Denied Dec. 15, 1925.) Appeal from Circuit Court, Monroe County; John D. Leigh, Judge. Bill Malone was convicted of violating the prohibition laws, and he appeals. Affirmed. Certiorari denied by Supreme Court in Malone v. State, 106 So. 912.[1] Hybart & Hare, of Monroeville, for appellant. Harwell G. Davis, Atty. Gen., and Thos. E. Knight, Jr., Asst. Atty. Gen., for the State.

Counsel argue for error in rulings on the trial, but without citing authorities.

There was sufficient evidence to support the verdict; the affirmative charge was properly refused. Arthur v. State, 19 Ala. App. 311, 97 So. 158.

RICE, J. The appellant was convicted of the offense of unlawfully having in his possession a still, etc. There was ample evidence to support the verdict returned. Walker v. State, 19 Ala. App. 20, 95 So. 205; Gilbert v. State, 19 Ala. App. 104, 95 So. 502; White v. State, 18 Ala. App. 275, 91 So. 888; Layman v. State, 18 Ala. App. 441, 93 So. 66; Williams v. State, 18 Ala. App. 286, 92 So. 28; Johnson v. State, 18 Ala. App. 72, 88 So. 353. We have examined each of the few exceptions reserved upon the admission or rejection of testimony, and find no merit in any of them. The rulings in each case involved only elementary principles of law, which have been many times discussed by this court. The defendant appears to·have had a fair trial, and, no prejudicial error anywhere appearing, the judgment will be affirmed. Affirmed.

---

(110 So. 923)

MALONE–HARRISON MOTOR CO. v. L. I. MURPHY. (4 Div. 216.) (Court of Appeals of Alabama. Nov. 4, 1926.) Appeal from Circuit Court, Henry County; H. A. Pearce, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(107 So. 926)

Oscar MARION v. STATE. (8 Div. 421.) (Court of Appeals of Alabama. March 23, 1926.) Appeal from Morgan County Court; W. T. Lowe, Judge. W. H. Long, of Decatur, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Defendant was convicted of violating the prohibition law. The trial was had before the judge without a jury, and therefore his findings as to the facts have the force and effect of a verdict by a jury. We have examined the facts as shown by the bill of exceptions, and find no just cause for disturbing the judgment. Let the judgment be affirmed.

---

(106 So. 921)

Jack MASSINGILL v. STATE. (1 Div. 625.) (Court of Appeals of Alabama. Nov. 17, 1925.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge. Distilling.

[1] 214 Ala. 699.